UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Larry D Turnage         Docket No. 5:02-CR-227-1BO

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Larry D Turnage, who, upon an earlier plea of guilty to Possession of Firearm by Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 2, 2003, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Larry D Turnage was released from custody on September 30, 2016, at which time the term of supervised release commenced in the District of South Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 2, 2017, the probation office was asked by the District of South Carolina to request the Court suspend the defendant's drug treatment condition. Based on the defendant's compliance and numerous drug tests that have yielded negative results, it is their assessment that the suspension of the defendant's drug treatment condition is appropriate at this time.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. That the condition that states "The defendant shall participate as directed in a program approved by the probation office for treatment of narcotics addiction, drug dependency, or alcohol dependency, which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility" be suspended.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                       is true and correct.

/s/ Jeffrey L. Keller                  /s/ Amir A. Hunter
Jeffrey L. Keller                      Amir A. Hunter
Supervising U.S. Probation Officer     U.S. Probation Officer
                                       310 New Bern Avenue, Room 610
                                       Raleigh, NC 27601-1441
                                       Phone: 919.861.8663
                                       Executed On: May 08, 2017

Larry D Turnage
Docket No. 5:02-CR-227-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __10__ day of __May__, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge