UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Larry D. Turnage            Docket No. 5:02-CR-227-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Larry D. Turnage, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 2, 2003, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Larry D. Turnage was released from custody on September 30, 2016, at which time the term of supervised release commenced in the District of South Carolina.

On May 11, 2017, the conditions of supervised release were modified to suspend the condition of supervision requiring substance abuse treatment based upon the defendant's compliance with the terms of his supervised release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 9, and March 30, 2018, the defendant submitted to random testing and tested positive for cocaine use. The defendant also tested positive for cocaine on July 5, 2018. As a result of his drug use, a referral was made for substance abuse treatment. The defendant also reports that he is homeless. In an effort to address the defendant's ongoing drug use, as well as monitoring his activities that might provide insight and verify compliance with any other court-imposed condition of supervised release, it is recommended the condition requiring participation in substance abuse treatment be reactivated, and a condition requiring location monitoring with GPS technology be imposed for a period not to exceed 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in the form of location monitoring indicated below for a period not to exceed 60 consecutive days, and follow monitoring procedures specified by the supervision officer which shall be utilized for the purposes of verifying compliance with any court-imposed condition of supervision. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Larry D Turnage
Docket No. 5:02-CR-227-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: July 16, 2018

## ORDER OF THE COURT

Considered and ordered this 17 day of July, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge